# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAAM TRANSPORT LLC, a Florida limited liability company; JUAN LUCIANO SANTIAGO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-CV-01857-JVS-DFM<br><br>[Honorable James V. Selna, Dept. 10C]<br><br>**JUDGMENT** |

# JUDGMENT

On February 28, 2024, this Court granted Balboa Capital Corporation's ("Balboa") Motion for Summary Judgment against defendants JAAM Transport LLC ("JAAM"), and Juan Luciano Santiago ("Santiago") (collectively, "Defendants"). [Dkt. 33.] Specifically, this Court granted summary judgment in favor of Balboa on its first cause of action for Breach of Equipment Financing Agreement (Breach of Contract) against JAAM, on its second cause of action for Breach of Guaranty (Breach of Contract) against Santiago, and on Defendants' affirmative defense of Unconscionability.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants, jointly and severally, in the principal amount of $52,524.12, plus $8,777.90 in prejudgment interest, for a total amount of **$61,302.02**, and such other costs and attorneys' fees, pursuant to post-judgment motion practice;

2. Pursuant to Federal Rule of Civil Procedure 54(d), Balboa may make future noticed motion(s) to amend this judgment to include reasonable attorneys' fees and costs arising from this action; and

3. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: April 16, 2024 _____

The Honorable James V. Selna
JUDGE OF THE DISTRICT COURT