1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>JAAM TRANSPORT LLC, a Florida limited liability company; JUAN LUCIANO SANTIAGO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-01857-JVS-DFM<br><br>[Honorable James V. Selna, Dept. 10C]<br><br>**AMENDED JUDGMENT *NUNC PRO TUNC* [43]** |

# AMENDED JUDGMENT *NUNC PRO TUNC*

On February 28, 2024, this Court granted Balboa Capital Corporation's ("Balboa") Motion for Summary Judgment against defendants JAAM Transport LLC ("JAAM"), and Juan Luciano Santiago ("Santiago") (collectively, "Defendants"). (Dkt. No. 33.) Specifically, this Court granted summary judgment in favor of Balboa on its first cause of action for Breach of Equipment Financing Agreement (Breach of Contract) against JAAM, on its second cause of action for Breach of Guaranty (Breach of Contract) against Santiago, and on Defendants' affirmative defense of Unconscionability. On June 3, 2024, this Court granted Balboa's Motion for Attorneys' Fees in the amount of $60,889.40 in favor of Balboa against Defendants. (Dkt. No. 42.)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants, jointly and severally, in the principal amount of $52,524.12, plus $8,777.90 in prejudgment interest, for a total amount of **$61,302.02**, and such other costs and attorneys' fees, pursuant to post-judgment motion practice;

2. Pursuant to Balboa's Motion for Attorneys' Fees, (Dkt. No. 42), Balboa is entitled to attorneys' fees in the amount of $60,889.40;

3. Pursuant to Balboa's Application to the Clerk to Tax Costs, (Dkt. No. 41), Balboa is entitled to costs in the amount of $673.90;

4. Based on the foregoing, the judgment shall be amended in this matter *nunc pro tunc* as of June 3, 2024, in favor of Balboa, and against Defendants, jointly and severally, in the amount of **$122,865.32**; and

//
//
//
//
//

5. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: June 7, 2024

_____
The Honorable James V. Selna
JUDGE OF THE DISTRICT COURT